326

**No. 55089.**—Akatos, Inc., et al. *v.* United States, protests 63492–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55090.**—Brooks Bros. et al. *v.* United States, protests 79070–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.